AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

**FILED**
NOV 1 4 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

In the Matter of the Search of )
*(Briefly describe the property to be searched)* )
The Property Located at 4841 Lexington Avenue, St. Louis, Missouri 63115, ) Case No. 4:18-MJ-5266-NAB
further described as the Residence on the East Side of a Red Brick Duplex with )
the Numerics "4841" on the Right Column of the Front Porch )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Missouri_____
*(identify the person or describe the property to be searched and give its location):*
4841 Lexington Avenue, St. Louis, Missouri, 63115, as further described in the above caption, Affidavit and Attachment B

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____November 28, 2018_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Nannette A. Baker                                    .
          *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11/14/18 at 15:21 am/pm      _____[signature]_____
                                                   *Judge's signature*

City and state: St. Louis, Missouri                 Nannette A. Baker, United States Magistrate Judge
                                                   *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 4:18-MJ-5266-NAB | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

## ATTACHMENT A

### Items to be Seized

1. Heroin, crystal methamphetamine, and other unlawfully possessed controlled substances;

2. Paraphernalia for packaging, cutting, weighing and distributing controlled substances, including, but not limited to, scales, baggies, and spoons;

3. Books, records, receipts, notes, ledgers, money orders and other papers relating to the transportation, ordering, purchasing, and distribution of controlled substances;

4. Telephone bills, invoices, packaging, cellular batteries and/or charging devices, canceled checks or receipts for telephone purchase/service; address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers of sources of supply, of customers, and/or evidencing association with persons known to traffic in controlled substances or to facilitate such trafficking;

5. Photographs, in particular photographs of co-conspirators, of assets, and/or of controlled substances;

6. United States Currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, papers, titles, deeds and other documents reflecting ownership of vehicles and property utilized in the distribution of heroin and/or crystal methamphetamine or which are proceeds from the distribution of heroin and/or crystal methamphetamine;

7. Books, records, receipts, pay stubs, employment records, bank statements and records, money drafts, letters of credit, money order and cashier's checks receipts, passbooks, bank checks and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money;

8. Papers, tickets, notes, schedules, receipts and other items relating to travel or transportation, including, but not limited to, travel to and from St. Louis, Missouri, and elsewhere;

9. Any and all records or documents evidencing possession, use, or ownership of the premises to be search or property to be seized, including but not limited to, utility, telephone and internet service bills, cancelled envelopes, mail, rental payments, or housing agreements;

10. Firearms and/or weapons;

11. Cellular telephones; and

12. Security systems, cameras, cables, recording devices, monitors, and other video surveillance equipment.

## ATTACHMENT B

Photograph of place to be searched



15